UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL LOPEZ,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-2502 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The district judge has referred this matter to me for settlement. (Dkt. No. 29.) After consultation with counsel, the Court has concluded that the parties are not ready for a judicially-supervised settlement conference at this time. The Court directs the parties to contact chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, when they believe a judicially-supervised settlement conference would be productive. If the conference has not been scheduled by **July 26, 2021**, the parties shall submit a joint status letter on that date, by email, updating the Court on the progress of discovery and the status of settlement negotiations.

Dated: New York, New York
       May 26, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**