USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAROL LOPEZ,

                     Plaintiff,

     -v-

CITY OF NEW YORK, et al.,

                     Defendants.
-------------------------------------------------------------------X

20-cv-2502 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     Parties are directed to appear for a telephonic argument on Defendants' motion to bifurcate *Monell* discovery on June 24, 2021 at 3:30 p.m. Parties are directed to dial 888-251-2909 and use access code 2123101. Defendants may not reply to Plaintiff's response.

     SO ORDERED.

Dated: June 21, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge