

February 25, 2022

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    Carol Lopez v. City of New York, et al., 20-cv-2502-LJL

Dear Judge Liman:

    My firm represents the Plaintiff in this matter. I write to request a brief, two-week extension of Plaintiff's time to oppose Defendants' partial motion to dismiss (and for other relief). Defendants consent to this request — and have asked me to also request the Court allow them two weeks to reply (which, of course, we do). The reason for this request is that my time these past two weeks has been completely eaten up on emergent issues on other matters, including two approximately four-hour hearings in the consolidated litigation in front of Judges McMahon and Gorenstein in *In re Policing During Summer 2020 Demonstrations*, 20-cv-8924 (where I have been acting more or less as the lead attorney for a collection of Plaintiffs including the Attorney General as relates to a set of long-running discovery disputes).

    If the Court grants the request, Plaintiffs' opposition will be due March 11, and Defendants' reply will be due March 25. This is the first request for any extension of our time to oppose. As ever, we thank the Court for its time and attention.

    Respectfully submitted,

    /s/
    _____
    J. Remy Green
      *Honorific/Pronouns: Mx., they/their/them*
    **COHEN&GREEN P.L.L.C.**
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.