```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CAROL LOPEZ,                                                         :
                                                                     :
                        Plaintiff,                                   :
                                                                     :            20-cv-2502 (LJL)
            -v-                                                      :
                                                                     :                ORDER
CITY OF NEW YORK, POLICE OFFICER ANTHONY                             :
SALINE, JOHN DOES 1–4,                                               :
                                                                     :
                        Defendants.                                  :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Defendants have moved to dismiss Plaintiff's *Monell* claim. In the memoranda of law submitted by both parties in support of and in opposition to the motion to dismiss, the parties cite to a number of unpublished cases using a Lexis citation. As provided in the Court's individual practices, "[i]f a party provides a citation to other than an official reporter or Westlaw, it shall submit a copy of the decision with its filing." Neither party has done so.

    It is hereby ORDERED that each party shall submit, by filing on ECF, copies of the decisions it cites using a Lexis citation by the end of the day Tuesday, May 31, 2022.

    SO ORDERED.

Dated: May 27, 2022
       New York, New York

                                                          LEWIS J. LIMAN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2022