

| **HON. SYLVIA HINDS-RADIX** | THE CITY OF NEW YORK | **ZACHARY KALMBACH** |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Assistant Corporation Counsel* |
| | 100 CHURCH STREET | phone: (212) 356-2322 |
| | NEW YORK, N.Y. 10007 | fax: (212) 356-3509 |
| | | zkalmbac@law.nyc.gov |

May 27, 2022

**VIA ECF**
District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

      Re:    <u>Carol Lopez v. City of New York, et al.</u>,
               20 Civ. 2502 (LJL)

Your Honor:

      I represent defendants City of New York, Anthony Saline, Crystal Dones, William Gonzalez, and Steven Torres in the above-referenced matter. Defendants write in response to the Court's Order dated May 27, 2022, to respectfully submit copies of the unpublished cases cited in their memorandum of law (ECF No. 65) and reply memorandum of law (ECF No. 71) in support of their motion to dismiss plaintiff's <u>Monell</u> claim. Defendants sincerely apologize for failing to timely file this submission. Enclosed please find, in alphabetical order, copies of the unpublished cases cited by defendants.

      Thank you for your time and consideration.

                                    Respectfully submitted,

                                    /s/ *Zachary Kalmbach*
                                    Zachary Kalmbach
                                    *Assistant Corporation Counsel*
                                    Special Federal Litigation Division

Encls.

cc:    **Via ECF**
       J. Remy Green, Esq.
       Jessica Massimi, Esq.
       Cohen & Green, P.L.L.C.
       *Attorneys for plaintiff*