

May 27, 2022

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    <u>Carol Lopez v. City of New York, et al., 20-cv-2502-LJL</u>

Dear Judge Liman:

    My firm represents the Plaintiff in this matter. I write, as directed by the Court (Dkt. No. 75), to provide copies of the various unpublished cases cited in Plaintiff's opposition to the motion to dismiss.

    With apologies for overlooking this requirement, attached is a binder of all the unpublished cases using a Lexis citation in Plaintiff's opposition, organized in alphabetical order.

    As always, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

Enclosure.