UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL LOPEZ,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | Case No. 1:20-cv-02502 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 26, 2022 Reassignment Order.  ECF No. 80.  The parties request an extension of discovery deadlines in their letter.  Accordingly, IT IS HEREBY ORDERED that the parties shall request such an extension via letter motion, attaching a proposed Revised Civil Case Management Plan and Scheduling Order, in accordance with the Court's Individual Rule 1.F.

Dated:  October 11, 2022
        New York, New York

                                             SO ORDERED.

                                             JENNIFER L. ROCHON
                                             United States District Judge