

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ZACHARY KALMBACH**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

January 19, 2023

**VIA ECF**
District Judge Jennifer L. Rochan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    Carol Lopez v. City of New York, et al.,
                  20 Civ. 2502 (JLR)

Your Honor:

      I represent defendants City of New York, Anthony Saline, William Gonzalez, Crystal Dones, and Steven Torres in the above-referenced matter.  Defendants write to respectfully request that the Court endorse the enclosed Stipulation and Order Concerning Protocol for Conducting Remote Depositions, which has been agreed to and executed by the parties.

      Thank you for your time and consideration.

                                                Respectfully submitted,

                                                  /s/ *Zachary Kalmbach*
                                                  Zachary Kalmbach
                                                  *Assistant Corporation Counsel*
                                                  Special Federal Litigation Division

Encl.

cc:    **Via ECF**
        J. Remy Green, Esq.
        Jessica Massimi, Esq.
        Cohen & Green, P.L.L.C.
        *Attorneys for plaintiff*