

January 23, 2023

Hon. Jennifer L. Rochon, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Electronic Filing.

Re:   Carol Lopez v. City of New York, et al., 20-cv-2502-LJL

Dear Judge Rochon:

My firm represents the Plaintiff in this matter. I write to request an extension of the discovery schedule in this case, after discussing the matter and reasons with the Court's clerk privately.

For the confidential reasons discussed, the parties mutually seek a 70 day extension of the discovery end date. If granted, that extension makes non-expert discovery close on April 19, 2023. The parties also seek a corresponding adjustment of the related deadlines.

As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
COHEN&GREEN P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.