

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | ZACHARY KALMBACH<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

April 14, 2023

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Carol Lopez v. City of New York, et al.</u>,
      20 Civ. 2502 (JLR)

Your Honor:

  I represent defendants City of New, Saline, Gonzalez, Torres, and Dones in the above-referenced matter. Defendants write jointly with plaintiff's counsel to respectfully inform the Court that the parties have reached a settlement agreement in this matter. As such, the parties respectfully request that the Court adjourn all outstanding deadlines and conferences *sine die* to afford the parties the opportunity to finalize the settlement paperwork and submit a Stipulation and Order of Dismissal for the Court's endorsement.

  Thank you for your time and consideration.

                    Respectfully submitted,

                    /s/ *Zachary Kalmbach*
                    Zachary Kalmbach
                    *Assistant Corporation Counsel*
                    Special Federal Litigation Division

CC: **Via ECF**
   All counsel of record